IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paul S. Lindsey, Jr., and Valeria Schall, ) | No. CV 06-609-PHX-MHM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| The Travelers Indemnity Company, and ) ABC Companies I-X, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    Presently pending before this Court is Plaintiffs Paul S. Lindsey, Jr., and Valeria Schall, and real party in interest, All Star Gas Corporation's Motion to Substitute All Star Gas Corporation for Plaintiffs Paul S. Lindsey, Jr., and Valeria Schall (Doc. 25). On March 16, 2007, the Court issued an Order referring this case to Bankruptcy Court until the case is ready to proceed to trial. Therefore, the Court denies without prejudice Plaintiff's Motion to Substitute All Star Gas Corporation for Plaintiffs Paul S. Lindsey, Jr. and Valeria Schall, to be reasserted in bankruptcy court at Plaintiffs' election.

/ / /

/ / /

**Accordingly,**

**IT IS ORDERED** denying without prejudice Plaintiffs' Motion to Substitute All Star Gas Corporation for Plaintiffs Paul S. Lindsey, Jr., and Valeria Schall (Doc. 25).

DATED this 11th day of July, 2007.

_____
Mary H. Murguia
United States District Judge